**Order entered October 1, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00436-CV
No. 05-21-00803-CV

**HOLLY BONE A/K/A HOLLY MARTIN, Appellant**

**V.**

**DAVID TYLER MOSS, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09893**

### ORDER

On July 23, 2021, a sealed supplemental clerk's record was filed in appellate cause number 05-21-00436-CV. The record before the Court did not contain a sealing order. Accordingly, by order dated July 30, 2021, we temporarily sealed the supplemental clerk's record filed on July 23 and allowed the parties an opportunity to obtain a sealing order.

On September 10, 2021, a sealed supplemental clerk's record was filed in appellate cause number 05-21-00436-CV containing the trial court's October 23,

2020 temporary sealing order. This record was filed in response to this Court's July 30 order requesting a sealing order. Another sealed supplemental clerk's record was filed on September 17 containing the same temporary sealing order along with two other documents.[1]

Additionally, appellant has filed another appeal in the same underlying lawsuit that has been docketed as appellate cause number 05-21-00803-CV. In that appeal, a two-volume clerk's record was filed on September 28, volume one of which was filed under seal and includes the same October 23, 2020 temporary sealing order.

Under Texas Rule of Civil Procedure 76a, court records are generally presumed to be open to the general public and may be sealed only upon motion and if certain conditions are met. *See* TEX. R. CIV. P. 76a. Among those conditions are that the movant must provide public notice, the trial court must hold a hearing on the motion in open court as soon as practicable, and the trial court must issue an order that complies with the requirements of rule 76a(6). *See id.* 76a(3), (4) & (6). The trial court may issue a temporary sealing order in certain circumstances, but any temporary order must set the time for the required open court hearing and direct the movant to immediately give the public notice regarding the open court hearing. *See id.* 76a(5).

---

[1] The two other documents are (1) Motion to Vacate Turnover Orders and (2) Order Denying Defendant Holly Bone-Martin's Motion to Vacate Turnover Orders. Both documents are also included in the sealed clerk's record filed on September 28, 2021 in appellate cause number 05-21-00803-CV.

The temporary sealing order does not set the time for the required open court hearing or direct the movant to immediately give the required public notice. *See id.* More importantly, the record before the Court does not contain a final written order in compliance with rule 76a(6). *See id.* Thus, there is currently no authority for any portion of the appellate record to be filed under seal.

In light of the above circumstances, the July 23, September 10, and September 17 sealed supplemental clerk's records filed in appellate cause number 05-21-00436-CV and the September 28 volume one sealed clerk's record filed in appellate cause number 05-21-00803-CV shall remain under seal for **FORTY DAYS** to allow the parties to obtain an order that complies with the requirements of Rule 76a from the trial court that permanently seals the documents contained in the supplemental clerk's records and clerk's record. *See* TEX. R. CIV. P. 76a. Alternatively, if the parties prefer, they can file redacted documents to protect sensitive information. *See* TEX. R. APP. P. 9.9.

The parties shall provide, within **FORTY DAYS** of the date of this order, written verification whether the trial court signed a sealing order. If the trial court does not sign a sealing order within the time prescribed, the Court will order the above-noted supplemental clerk's records and clerk's record unsealed.

If the trial court signs a sealing order, we **ORDER** Dallas County District Clerk Felicia Pitre to file, within **FORTY-FIVE DAYS** of the date of this order, a

supplemental clerk's records in both appellate cause numbers 05-21-00436-CV and 05-21-00803-CV containing the sealing order.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Martin Hoffman, Presiding Judge of the 68th Judicial District Court; Ms. Pitre; and, the parties.

/s/    CRAIG SMITH
       JUSTICE